UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

DANIEL CARPENTER #798562,

      Plaintiff,

                                   Case No: 1:23-cv-722

v.

                                   HON. ROBERT J. JONKER

A. KNAPP,

      Defendant.

_____/

### <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S<br>REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 16, 2024 (ECF No. 23).    The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's remaining claim is dismissed without prejudice.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:   <u>January 7, 2025</u>         <u>/s/ Robert J. Jonker</u>
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE